IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| DANIEL JOSEPH BURBACH JR., | ) |
| Plaintiff, | ) 2:20-CV-00723-CRE |
| vs. | ) |
| ARCONIC CORPORATION, HOWMET AEROSPACE INC, | ) |
| Defendants, | ) |

# **ORDER**

AND NOW, this 22nd day of September, 2021,

Upon consideration of Defendants' motion dismiss (ECF No. 28), it is HEREBY ORDERED that said motion is DENIED.

Defendants shall file an answer by October 6, 2021.

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
Chief United States Magistrate Judge

cc: all registered counsel via CM-ECF

1